UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CATHERINE BLACK,

       Plaintiff,

v.                                                    Case No. 1:15-cv-1230
                                                      Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/


## **JUDGMENT**

     In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

     **IT IS SO ORDERED.**



Dated:  March 28, 2017                   /s/ Ray Kent_____
                                         RAY KENT
                                         United States Magistrate Judge